(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

FILED by RL D.C.

JAN 0 9 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: _____

__Kris K Brown__
(Enter the full name of the plaintiff in this action)

v.

__The Geo Group, Inc__

_____

_____

_____

_____

(Above, enter the full name of the defendant(s) in this action)

cat / div __1983/550/Dade__
Case # _____
Judge _____ Mag __PAW__
Motn Ifp __YES__ Fee pd $ __NO__
Receipt # _____

## A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

Instructions for Filing:

This packet includes four copies of the complaint form and two copies of the Application to Proceed without Prepayment of Fees and Affidavit. To start an action you must file an original and one copy of your complaint for the court and one copy for each defendant you name. For example, if you name two defendants, you must file the original and three copies of the complaint (a total of four) with the court. You should also keep an additional copy of the complaint for your own records. All copies of the complaint must be identical to the original.

Your complaint must be legibly handwritten or typewritten. Please do not use pencil to complete these forms. The plaintiff must sign and swear to the complaint. If you need additional space to answer a question, use an additional blank page.

Your complaint can be brought in this court only if one or more of the named defendants is located within this district. Further, it is necessary for you to file a separate complaint for each claim that you have unless they are all related to the same incident or issue.

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

There is a filing fee of $350.00 for this complaint to be filed. If you are unable to pay the filing fee and service costs for this action, you may petition the court to proceed in forma pauperis.

Two blank Applications to Proceed without Prepayment of Fees and Affidavit for this purpose are included in this packet. Both should be completed and filed with your complaint.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS.

When these forms are completed, mail the original and the copies to the Clerk's Office of the United States District Court, Southern District of Florida, 301 North Miami Avenue, Miami, Florida 33128-7788.

I. **Parties**

In Item A below, place your name in the first blank and place your present address in the third blank.

A. Name of plaintiff: _Kris K Brown_

Inmate #: _I46089_

Address: _____

In Item B below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use Item C for the names, positions, and places of employment for any additional defendants.

B. Defendant: _South Bay Correctional Facility_

is employed as _The Geo Group Inc._

at _600 U.S. Highway 27 South, South Bay, Florida 33493-2233_

C. Additional Defendants: _____

Page 2 of 5

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Thus the reason for this lawsuit. South Bay Correctional is grossly negligent for not contacting 911 since a weapon was used as well as getting in contact with the West Palm Beach Sheriffs office. They are also negligent for releasing over 800 inmates under the supervision of 1 gen guard (employee). These injuries both physical and mental are permanent without long rehabilitation, if rehabs work at all.

**III. Relief**

State briefly exactly what you want the court do to do for you. Make no legal arguments. Cite no cases or statutes.

Compensation for Psychological Issues and Future Issues  $300,000.00
Compensation for Physical Injuries                       $150,000.00
Compensation for Pain and Suffering                      $450,000.00
Compensation for Punitive Damages                        $200,000.00
Compensation for future Surgeries                        $150,000.00
Compensation for Negligence                              $500,000.00

**IV. Jury Demand**

Do you demand a jury trial? ☑ Yes ☐ No

(Rev. 09/2007) Complaint Under The Civil Rights Act, 42 U.S.C. § 1983

Signed this __28th__ day of __December__, 20__17__

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct. *(optional)*

Executed on: __12-28-17__

_____
(Signature of Plaintiff)

# INSTRUCTIONS FOR FILING A
# COMPLAINT UNDER THE CIVIL RIGHTS ACT
# 42 U.S.C., SECTION 1983

*Legal Mail Received JAN 0 2 2018 Dade C.I.*

This packet includes two forms:
(1) Complaint Under The Civil Rights Act, 42 U.S.C.§ 1983
(2) Application to Proceed Without Prepayment of Fees or Costs

To start an action under the you must file:
- an original, signed complaint,
- one copy of the complaint for *each* defendant named in the complaint. For example, if you name two defendants, you file the original complaint plus two copies. You should also keep a copy for your records. All copies of the complaint must be identical to the original, signed complaint.
- filing fee of $400.00 or an Application to Proceed Without Prepayment of Fees/Costs

Return the above forms and/or filing fee to the following address:

Clerk's Office
United States District Court
Southern District of Florida
400 North Miami Avenue, 8N09
Miami, FL 33128-7716

Your complaint must be legibly typewritten or clearly handwritten using a pen (do not use a pencil to complete these forms). As the plaintiff, you must sign and swear to the accuracy of the information in the complaint. If you need more space than is provided on the form, attach an additional blank page to the complaint.

Your complaint can be brought in this Court only if one or more of the named defendants is located within the Southern District of Florida. Also, you must file a separate complaint for each claim you have unless the claims are related to the same incident or issue.

In your complaint, you must provide the facts; you should not include legal arguments or citations.

