Legal Mail
Received

FEB 2 0 2018

Dade C.I.

IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Florida_
_____ DIVISION
*(Write the District and Division, if any, of the
court in which the complaint is filed.)*

FILED by _PG_ D.C.

FEB 23 2018

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

~~The Gas Group~~ Kris K Brown
_____
_____
_____

*(Write the full name of each plaintiff who is filing
this complaint. If the names of all the plaintiffs
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names.)*

-against-

The Gas Group -South Bay Correctional Facility
Christian Walden and Inmate Byrd
C.O. White
_____

*(Write the full name of each defendant who is
being sued. If the names of all the defendants
cannot fit in the space above, please write "see
attached" in the space and attach an additional
page with the full list of names. Do not include
addresses here.)*

**Complaint for Violation of Civil
Rights**
(Prisoner Complaint)

Case No. _18-CV-80024-Rosenberg_
*(to be filled in by the Clerk's Office)*

Jury Trial: ☑ Yes ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public
access to electronic court files. Under this rule, papers filed with the court should *not* contain: an
individual's full social security number or full birth date; the full name of a person known to be a minor; or
a complete financial account number. A filing may include *only*: the last four digits of a social security
number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account
number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or
any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to
proceed in *forma pauperis.*

## I.        The Parties to This Complaint

### A.        The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach
additional pages if needed.

Name _Kris Brown_

All other names by which you have been known:

_____

ID Number _I46089_
Current Institution _Dade Correctional Institution_
Address _14000 SW 377th Street_
_Florida City, FL 33034_

### B.        The Defendant(s)

Provide the information below for each defendant named in the complaint, whether
the defendant is an individual, a government agency, an organization, or a
corporation.  Make sure that the defendant(s) listed below are identical to those
contained in the above caption.  For an individual defendant, include the person's job
or title (if known) and check whether you are bringing this complaint against them in
their individual capacity or official capacity, or both.  Attach additional pages if
needed.

Defendant No. 1
Name _The Geo Group Inc_
Job or Title _South Bay Correctional Institution_
(if known)
Shield Number _____
Employer _The Geo Group_
Address _P.O. Box 7171_
_South Bay, Florida 33493-2233_

☑ Individual capacity        ☑ Official capacity

Defendant No. 2
Name _Officer White_

2

Job or Title (if known) _Correctional Officer_

Shield Number _____

Employer _The Geo Group_

Address _600 U.S. Highway 27 South_
_South Bay, Florida 33493-2233_

☑ Individual capacity      ☑ Official capacity

Defendant No. 3

Name _Christian Walden (See defendant statement)_

Job or Title (if known) _____

Shield Number _____

Employer _____

Address _____

☑ Individual capacity      ☐ Official capacity

Defendant No. 4

Name _Inmate Byrd (See defendant statement)_

Job or Title (if known) _____

Shield Number _____

Employer _____

Address _____

☑ Individual capacity      ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Constitutional Amendment 14th*

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*By disregarding both my rights to protection and safety while being housed and cared for while in the custody of the GEO Group, and the administration of South Bay Correctional Facility*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

☑   Convicted and sentenced state prisoner

☐   Convicted and sentenced federal prisoner

☐   Other *(explain)* _____

## IV.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.   If the events giving rise to your claim arose in an institution, describe where and when they arose.

*(See Attached)*

C.   What date and approximate time did the events giving rise to your claim(s) occur?

*Approximately 8/1/15*

D.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

*(See Attached)*

_____

_____

_____

_____

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

(1) 4 stab/puncture wounds to my face (upper right eye, left top nostril, left upper lip, left lower lip above jawline slightly

(2) Fractures in right orbital eye socket.

(3) Detached retina in left eye which still hasn't healed over 2½ years later.

(4) Emotional and Mental distress and fears of the rec yard, knives or sharp objects,

(5) Anxiety of being around groups of people and walking where others aren't posted for our safety.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes.  If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged.  Explain the basis for these claims.

See the original Complaint previously filed.

_____

_____

_____

_____

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*South Bay Correctional Facility*

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☑    Do not know

If yes, which claim(s)?

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

7

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   *South Bay Correctional Facility*
   *Martin Correction Institution*

2. What did you claim in your grievance?

   *I was assaulted and stabbed and that there was not sufficient staff on post to care for and watch multiple inmates from dorms E, C, D, C₁*

3. What was the result, if any?

   *No replies ever recieved at neither institution, I even asked classification and though I rewrote and filed the grievance again, still no reply at either South Bay, or Martin C.I*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *Never recieved a response to reply to.*

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*I filed a grievance, and actually filed several more grievances after talking to the classification department at both facilities*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*South Bay - Ms Brown - Classification - No response. Martin C.I. - Ms Burns, Mrs Morris, Mr Jean-Charles - Classification, No response*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I've written several grievances to the regular channels asked classification for assistance and asked-hand delivering them to each named in F2 and still no reply*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A* _____

_____

A.   Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐   Yes

☑   No

B.   If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.   Parties to the previous lawsuit

Plaintiff(s)   *N/A* _____

Defendant(s)   *N/A* _____

2.   Court *(if federal court, name the district; if state court, name the county and State)*

*N/A* _____

3.   Docket or index number

*N/A* _____

4.   Name of Judge assigned to your case

*N/A* _____

5.   Approximate date of filing lawsuit

*N/A* _____

6.   Is the case still pending?

☐   Yes

☐   No

If no, give the approximate date of disposition.   *N/A* _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☑ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s)  Kois Brown

   Defendant(s)  Broward County Sheriff's Office

2. Court *(if federal court, name the district; if state court, name the county and State)*

   United States District Court - Southern District of Florida

3. Docket or index number

   Don't remember

4. Name of Judge assigned to your case

   Honorable Patrick A. White and Honorable Rosenberg

5. Approximate date of filing lawsuit

   Don't remember - probably between 2011-2017

6. Is the case still pending?

   ☑ Yes

   ☐ No

If no, give the approximate date of disposition. _____

7.   What was the result of the case? *(For example: Was the case dismissed?
     Was judgment entered in your favor? Was the case appealed?)*

     *Pending status of my appeals process (Direct appeal, 3.850,
     soon to forth*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my
knowledge, information, and belief that this complaint: (1) is not being presented for an
improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost
of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending,
modifying, or reversing existing law; (3) the factual contentions have evidentiary support or,
if specifically so identified, will likely have evidentiary support after a reasonable opportunity
for further investigation or discovery; and (4) the complaint otherwise complies with the
requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-
related papers may be served. I understand that my failure to keep a current address
on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 2/20 , 2018

Signature of Plaintiff      *Rob Brown*

Printed Name of Plaintiff   *Rob Brown*

Prison Identification #     *I46099*

Prison Address   *Dade Correctional Institution (Male) 19000 SW 377th St.*

     *Florida City          FL          33034*

          City                State          Zip Code

### B.   For Attorneys

Date of signing: N/A , 20__.

Signature of Attorney       N/A

Printed Name of Attorney    N/A

Bar Number                  N/A

Name of Law Firm            N/A

12

Address                     _N/A_____

Telephone Number            _N/A_____

E-mail Address              _N/A_____

Legal Mail
Received
FEB 20 2018

Dade C.I.

Page 1

On 8/1/13, at approximately 8:00am during first recreation yard I went to the recreation yard after going to see the nurse. I was suffering with symptoms of a cold and received treatment. She advised me that despite the way I was feeling that I should attempt to go to the recreation yard (rec.) so that I could get some fresh air. I went to the rec yard as told, and there was a basketball game going on. I sat on the second to last bleacher, and was watching the game. While the game was going on an inmate (whose name I forgot, but who sign a witness statement as to the events he saw) came over to talk to me. He is also a homosexual like I am, and he sat next to me so that he too, could watch the game. While watching the game, he began to tell me that a mutual friend that we know, named (Denny) moved from E dorm to another dorm. While he was explaining the details of what he knew, inmate Christian Walden, whom was sitting two bleachers above where we were seated began a rant about us being homosexuals (stating that we need to go on the track with that gay shit, all that kissing and fag shit). I looked around to see who he was referring to because neither of us was kissing anyone, so we continued our conversation. In the background, Christian Walden (CW) continued to say this over and over again. I looked to see if there were any correctional officer's (CO) around and still only saw officer white

who is a tall black male and he still was working the
rec yard by himself. I found it very hard to fathom
that dorms (E,C,G,D) which holds more than 200 inmates
each, were allowed to go to the rec yard with only (1)
officer to supervise all of us. Even at this time, with inmates
moving about uncontrolled, CO white was the only officer
on the rec yard, and on alot of instances engaged in
several conversations with other inmates thereby leaving
the others unsupervised. This negligence continued
even after my stabbing assault, and then other officers
came to the rec yard.

So, I continued to converse with my homosexual friend,
Christian Walden continued his rant on and on about his
hate for homosexuals. I asked to whom was he referring to,
because we where not kissing, and that is when he spat
in my face. He and a few other guys that were with him
immediately began to attack and assault me, I tried to defend
myself, and more guys came and began to assault me. I
felt sharp pains in my face, and someone either knocked me
unconscious, but I remember waking up on my own without
any CERT officers present, but everyone who attacked me
was gone. I was bleeding profusely from my face and I
could not control the bleeding. At this point, a officer
approached me and placed me in a wheel chair and
someone took me to medical. My injuries were severe

and I sustained a total of 4 stab/puncture wounds to my face as well as fractures in my orbital socket and abrasions to my left and right forehead areas. I noticed that it was hard to see out of my left eye, and later learned that my retina had become detached as a result of the attack. I was presented mugshots from the rec yard surveillance camera which I positivly Identified both inmate Byrd and Walden. I've made several attempts to get South Bay officials to reply via the grievance process and I didn't recieve any reply. I was then immediately transferred to Martin C.I., and I still tried to reach South Bay via the grievance process to no avail. I am still in alot of pain and my retina is still detached and leaking gel into my eye which appears to be milky to me. I'm afraid of the recyard as well as any group of people. My depression has worsen, as well as my anxiety. I have constant nightmares in regards to the attack, and it continues to cause me trauma daily. As a ProSe plaintiff, I ask the courts for help in assisting me with obtaining crucial discovery documentation and medical reports from South Bay, GEO Group, the hospital I was treated and remained at for 4 days of inpatient care, as well as statements by my witness, and statements from inmates Walden and Byrd, admitting to the assault.

*Damages requested are listed in the original complaint* *

U.S. District Court — Southern District of Florida

Kris K. Brown I46089
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034

------------------------
Case: 9:18-cv-80026-RLR  #6       19 pages      Thu Jan 11 13:54:49 2018
------------------------

IMPORTANT: REDACTION REQUIREMENTS AND PRIVACY POLICY

Note: This is NOT a request for information.

Do NOT include personal identifiers in documents filed with the Court, unless
specifically permitted by the rules or Court Order. If you MUST include personal
identifiers, ONLY include the limited information noted below:
 • Social Security number: last four digits only
 • Taxpayer ID number: last four digits only
 • Financial Account Numbers: last four digits only
 • Date of Birth: year only
 • Minor's name: initials only
 • Home Address: city and state only (for criminal cases only).

Attorneys and parties are responsible for redacting (removing) personal identifiers from
filings. The Clerk's Office does not check filings for personal information.
Any personal information included in filings will be accessible to the public over the
internet via PACER.

For additional information, refer to Fed. R. Civ. P. 5.2 and Fed. R. Crim. P. 49.1.
Also see the CM/ECF Administrative Procedures located on the Court's website
www.flsd.uscourts.gov.

IMPORTANT: REQUIREMENT TO MAINTAIN CURRENT MAILING ADDRESS AND CONTACT INFORMATION

Pursuant to Administrative Order 2005-38, parties appearing pro se and counsel appearing
pro hac vice must file, in each pending case, a notice of change of mailing address or
contact information whenever such a change occurs. If court notices sent via the U.S. mail
are returned as undeliverable TWICE in a case, notices will no longer be sent to that party
until a current mailing address is provided.

IMPORTANT:  ADDITIONAL TIME TO RESPOND FOR NON-ELECTRONIC SERVICE

Additional days to respond may be available to parties serviced by non-electronic means.
See Fed.R.Civ.P.6(d), Fed.R.Crim.P.45(c) and Local Rule 7.1(c)(1)(A). Parties are
advised that the response deadlines automatically calculated in CMECF do NOT account
for and may NOT be accurate when service is by mail.  Parties may NOT rely on response
times calculated in CMECF, which are only a general guide, and must calculate response
deadlines themselves.
                    See reverse side

Subject:Activity in Case 9:18-cv-80026-RLR Brown v. The Geo Group, Inc et al Order.
This is an automatic e-mail message generated by the CM/ECF system.
Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.


U.S. District Court
Southern District of Florida

Notice of Electronic Filing
The following transaction was entered on 1/11/2018 1:26 PM EST and filed on 1/11/2018


Case Name: Brown v. The Geo Group, Inc et al
Case Number: 9:18-cv-80026-RLR

Filer:


Document Number: 6




Docket Text:
ORDER TO AMEND on or before March 12,
2018, the plaintiff shall file an amended complaint providing a short and plain statement of a claim, a basis for federal jurisdiction, and a demand for judgment. The plaintiff shall be provided a form complaint for use.
( Amended Complaint due by 3/12/2018) Signed by Magistrate Judge Patrick A. White on 1/11/2018. (Attachments: # (1) 1983 Complaint Form) (fbn)




9:18-cv-80026-RLR Notice has been electronically mailed to:


9:18-cv-80026-RLR Notice has not been delivered electronically to those listed below and will be provided by other means. For further assistance, please contact our Help Desk at 1-888-318-2260.:
Kris K. Brown
I46089
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street

Service list page 1 only

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-CIV-80026-ROSENBERG
MAGISTRATE JUDGE P.A. WHITE

KRIS K. BROWN,

       Plaintiff,

vs.

                           **ORDER TO AMEND COMPLAINT**

SOUTH BAY CORRECTIONAL
FACILITY, et al.

       Defendants.

_____

    The plaintiff, Kris K. Brown, while confined at the Dade Correctional Institution, has filed a *pro se* civil rights complaint pursuant to 42 U.S.C. § 1983.

    The allegations are insufficient to adequately screen the complaint as it applies to any defendant. He provides generalized allegations regarding his treatment while confined in the South Bay Correctional Facility. His allegations are minimal and non-specific. The vague and general allegations presented in the complaint are insufficient to allow the Court to undertake a reasoned evaluation of the plaintiff's claims.

    In order to proceed the plaintiff shall file an amended complaint on the appropriate form providing sufficient factual allegations to permit the Court to review his complaint. The plaintiff is reminded that he must state with specificity the facts supporting his claims. The plaintiff is also cautioned that each claim should be numbered in a separate paragraph, and should be set forth using short and plain statements, with numbered paragraphs stating why the relief requested should be granted. Furthermore, the petition must be verified.

    The Court must hold the allegations of a <u>pro se</u> civil rights complaint to a less stringent standard than formal pleadings drafted by lawyers. <u>Haines v. Kerner</u>, 404 U.S. 519 (1972), and such a complaint should not be dismissed unless it appears beyond doubt

that the plaintiff can prove no set of facts in support of his or her claim which would entitle the plaintiff to relief. <u>Haines v. Kerner</u>, <u>supra</u>; <u>Conley v. Gibson</u>, 355 U.S. 41 (1957).

   The effort to provide justice to the plaintiff, however, cannot be allowed to work injustice upon a defendant. A defendant must be able to understand the claim of the plaintiff and what he or she is accused of. Therefore, even a <u>pro se</u> plaintiff must comply with Fed.R.Civ.P. 8(a) by providing a short and plain statement of a claim, a basis for federal jurisdiction, and a demand for judgment. Moreover, the plaintiff must separate all claims based upon differing sets of circumstances, as required by <u>Fed.R.Civ.P.</u> 10(b). It is thereupon

   ORDERED AND ADJUDGED as follows:

1. On or before **March 12, 2018,** the plaintiff shall file an amended complaint providing a short and plain statement of a claim, a basis for federal jurisdiction, and a demand for judgment. **The plaintiff shall be provided a form complaint for use.**

2. The amended complaint must be labeled "Amended Complaint" and must show Case No. 18-cv-80026-ROSENBERG, so that it will be filed in this case.

3. The amended complaint must contain a separate paragraph as to each defendant explaining what that defendant did and the supporting facts to show why that person is being sued.

4. The plaintiff is cautioned that failure to file the amended complaint on time will probably result in dismissal of this case.

   DONE AND ORDERED at Miami, Florida, this 11th day of January, 2018.

                                    _____s/Patrick A. White_____
                                    UNITED STATES MAGISTRATE JUDGE

cc:

Kris K. Brown
I46089
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034
PRO SE

Kai Brown 340089 D11192
Dade Correctional Institution
Inmate Mail/Parcels
19000 SW 377th Street
Florida City, FL 33034

MAILED FROM A
STATE CORRECTIONAL
INSTITUTION
FLORIDA CITY

FL 331
20 FEB '18
PM 4 L

Hasler
02/20/2018
US POSTAGE $000.89⁰
FIRST CLASS MAIL

ZIP 33034
011D11649672

United States District Court
Attn: Clerk of Court Room 8N09
Southern District of Florida
400 North Miami Avenue
Miami, Florida 33128-7714

USMS
INSPECTED

33128-771699

Legal Mail
Received
FEB 2 0 2018

RECEIVED

FEB 23 2018
12:59 PM