IN THE UNITED STATES DISTRICT COURT
FOR THE _Southern_ DISTRICT OF _Florida_
_____ DIVISION

*(Write the District and Division, if any, of the*
*court in which the complaint is filed.)*

FILED by _PG_ D.C.

JUN 1 9 2018

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. – MIAMI

_Kris K Brown_
_____
_____

*(Write the full name of each plaintiff who is filing*
*this complaint. If the names of all the plaintiffs*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names.)*

-against-

_The Geo Group Inc._
_Officer White_
_Acting Warden_
_____

*(Write the full name of each defendant who is*
*being sued. If the names of all the defendants*
*cannot fit in the space above, please write "see*
*attached" in the space and attach an additional*
*page with the full list of names. Do not include*
*addresses here.)*

_(Final Amended Complaint)_

**Complaint for Violation of Civil Rights**

(Prisoner Complaint)

Case No. _9:18-cv-80026-RLR_

*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
*(check one)*

---

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Keis K Brown_

All other names by which you have been known:

_____

ID Number _# I-46089  D1117L_

Current Institution _Dade Correctional Institution (Male)_

Address _19000 SW 377th Street_
_Florida City, Florida 33034_

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _South Bay Correctional Institution_

Job or Title _(SBCF)_
(if known)

Shield Number _____

Employer _600 U.S. Highway 27 South (SBCF)_

Address _South Bay Florida 33493-2233_
_561-992-9505_

☑ Individual capacity      ☑ Official capacity

Defendant No. 2

Name _Officer White_

Job or Title
(if known)            _Correctional Officer_

Shield Number        _____

Employer             _(SBCF) South Bay Correctional Facility_
Address              _600 U.S. Highway 27 South_
                     _South Bay, Florida 33493-2233_

☑ Individual capacity          ☑ Official capacity

Defendant No. 3

Name                 _(unknown)_

Job or Title         _Acting Warden (on or about 8/1/15)_
(if known)

Shield Number        _____

Employer             _(SBCF) South Bay Correctional Facility_
Address              _600 U.S. Highway 27 South_
                     _South Bay, Florida 33493-2233_

☑ Individual capacity          ☑ Official capacity

Defendant No. 4

Name                 _____

Job or Title         _____
(if known)

Shield Number        _____

Employer             _____

Address              _____
                     _____

☐ Individual capacity          ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]."  Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

3

A.   Are you bringing suit against *(check all that apply)*:

☐   Federal officials (a *Bivens* claim)

☑   State or local officials (a § 1983 claim)

B.   Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Rights covered for protection by state, local and contracted officials.*

C.   Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

*N/A*

D.   Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Defendant Geo Group failed to have policies and ensure officers followed policies to keep me safe while on the recreation yard. Defendant Officer White failed to protect me from harm and injury as well as acting Warden. This includes unconstitutionally implement procedures which created risk/harm*

## III.   Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☐   Pretrial detainee

☐   Civilly committed detainee

☐   Immigration detainee

4

☑ Convicted and sentenced state prisoner

☐ Convicted and sentenced federal prisoner

☐ Other *(explain)* _____

## IV.    Statement of Claim

State as briefly as possible the facts of your case.  Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events.  You may wish to include further details such as the names of other persons involved in the events giving rise to your claims.  Do not cite any cases or statutes.  If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph.  Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

*N/A*

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

*On August 1, 2015 on the recreation yard at (SBCF) South Bay Correctional Facility I was brutally attacked and stabbed 4 times in my face because I am a Homosexual in which I spent 4 days in hospital*

C.    What date and approximate time did the events giving rise to your claim(s) occur?

*On or about August 1, 2015 during the A.M. hours (1st recreation yard)*

D.    What are the facts underlying your claim(s)?  *(For example:  What happened to you?  Who did what?  Was anyone else involved?  Who else saw what happened?)*

*See Attached documents "Final Amended Complaint, pages 1 through 3"*

_____
_____
_____
_____

## V.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I sustained (4) stab wounds to my face (1) above my right eye, (1) on my left nostril (1) on my upper left lip and (1) on my lower left jaw area. I also sustained a right orbital fracture, severe damage to my left eye where as the gel in my retina detached and is still detached and appears to be leaking a "milky white substance" in my eyeball, electric shocks to my face right side—from scalp to jawline—affecting my gums and teeth with severe pain, scarring as well as psychological damage. I spent (4) days in the hospital and am on medications for pain and psychological suffering

## VI.   Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

The basis for the claims are longterm medical treatment and psychological reconstructive surgery care. The compensations are as follows: psychological 200,000.00; Physical Injuries $150,000.00, Pain and Suffering $450,000.00; Punitive Damages $800,000.00; Future Surgeries $150,000.00, Negligence $500,000.00 is what my prayer is to the Court and jury.

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A.    Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑    Yes

☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

*South Bay Correctional Facility*

_____

_____

B.    Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑    Yes

☐    No

☐    Do not know

C.    Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☐    Yes

☐    No

☑    Do not know

If yes, which claim(s)?

_____

_____

_____

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑    Yes

☐    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   *I filed the grievance(s) while I was in confinement, in which I was placed there for when I was released from the hospital*

2. What did you claim in your grievance?

   *I grieved that South Bay Officer White and the acting Warden unsafely let 4 dorms with over 200 inmates each onto the recreation yard with only officer White to supervise all of those inmates alone*

3. What was the result, if any?

   *I never recieved any response, so I sent in other grievances and never recieved any response, and then I was transferred to Martin Correctional Institution where I continued to grieve and I never recieved anything*

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

   *I exhausted all efforts and never recieved any response from neither the Grev Group Inc, nor the Administration at South Bay Correctional Institution*

8

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:

*N/A*

2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

*I first met the acting warden at the hospital. I don't recall if he said anything to me. Officer White never said anything to me*

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*I filed numerous grievances while in confinement at South Bay Correctional Facility and got no answer, as well as at Martin Correctional Institution and I still got no response*

*(Note:  You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐    Yes

☑    No

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

*N/A*

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

    1. Parties to the previous lawsuit

       Plaintiff(s) *N/A*
       Defendant(s) *N/A*

    2. Court *(if federal court, name the district; if state court, name the county and State)*

       *N/A*

    3. Docket or index number

       *N/A*

    4. Name of Judge assigned to your case

       *N/A*

    5. Approximate date of filing lawsuit

       *N/A*

    6. Is the case still pending?

       ☐ Yes

       ☐ No

       If no, give the approximate date of disposition. *N/A*

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_N/A_

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐    Yes

☑    No

D.    If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    _N/A_
Defendant(s)    _N/A_

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_N/A_

3.    Docket or index number

_N/A_

4.    Name of Judge assigned to your case

_N/A_

5.    Approximate date of filing lawsuit

_N/A_

6.    Is the case still pending?

☐    Yes

☐    No

Legal Mail
Received

JUN 1 4 2018

Dade C.I.

If no, give the approximate date of disposition. *N/A*

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

*N/A*

## IX.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6/14 , 20 18.

Signature of Plaintiff

Printed Name of Plaintiff    Kris Brown

Prison Identification #    146084

Prison Address    19000 SW 377th Street

Florida City        FL                33034
        City                    State            Zip Code

### B.   For Attorneys

Date of signing: _____, 20__.

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Address          _____

Telephone Number _____

E-mail Address   _____

Final Amended Complaint          Case 18-cv-80026-Rosenberg          page 1 of 3

Legal Mail Received
JUN 14 2018
Dade C.I.

On 8/1/15 at approximately 8:00am, while still sick, I went to the recreation yard. On my way to the recreation yard, I noticed that (4) other dorms were released to the recreation yard with only officer white as the correctional officer to supervise over 800 plus inmates, (each dorm holds 200 plus inmates each). Officer White was engaged in multiple conversations with different inmates, and he was no where near the basketball game under the pavillion, he was on the track. I sat on the bleachers to watch a basketball game under the pavillion. As I was watching the game, a mutual friend of a friend (my witness-name I can't recall at this time-who gave a statement to the officers) who is also homosexual came and sat beside me. He began to tell me that a mutual friend of ours was relocated from his dorm to another dorm. I asked him why and he said he did not know, and he said that he thought that I knew. I told him no. I asked him did he know what dorm he was moved to and he said no. As we continued to converse, behind me I heard inmate Christian Walden, (who gave a statement to staff that he assaulted me) began stating out loud "why don't you two fags go take that kissing shit out to the track". I ignored him because I knew that we were not kissing, so we continued to converse. Inmate Walden then repeated himself, in which we again ignored him. I then looked around to see if I saw the only officer actually on post, officer White, and he was still on the recreation yard walking track engaged in conversation with other inmates and not coming to the pavillion. Inmate Walden said it again, and I asked him what he was talking about because we were not kissing and he again said "why don't you two fags go take that kissing shit out to the track". Inmate Walden then spat on my face, and then he punched me in the face. I began to defend myself despite the fact that officer White did not intervene, because he was still on the track, and I noticed another inmate (Inmate

Byrd) coming from the weight lifting/excercise room area to join in on the assault. (Inmate Byrd also gave a statement admitting to assaulting me). I was being hit and kicked from multiple directions with still no officer White. When I awoke I was on the ground and bleeding heavily, my attackers were gone and officer white was no where around. I was noticing that two officers came from nowhere and asked me to wait for a wheelchair, and they called for a wheelchair from medical. I was taken to medical where I learned that I was stabbed (4) times in my facial area. The nurse who treated me was the same nurse that did my sick-call the previous day for me being sick. She said "Oh my God, what happened to you." I explained what happened and she then noticed the stab wounds. She said that she could see my teeth through my lower left cheek/jaw region, and she could not stop the bleeding. She took photographs of my injuries and then no call was placed to 911. She said I was bleeding and needed to go right now because they could not give me the help I needed, so I was transported to the hospital in a GEO group suv. Upon arrival, the doctors gave me a full exam and xrays to my face and they found that my right orbital socket was fractured. The doctors gave me inner and outer sutures as well as used "slug-slime" to close the more severe wounds. I was admitted to the hospital because of the trauma I recieved. The acting warden, and some other staff came and they brought a photo-lineup of several inmate photos. I was able to pick out inmates Byrd and Walden from the photographs. I was then informed that over 8 inmates assaulted me and there is video footage. After the 4th day, I still needed treatment due to problems with my vision, back and severe migraine headaches, but I was discharged because I was told that the GEO group was not contracted at the time with that hospital, and they would not pay for additional days of treatment. I was

Final Amended Complaint          Case: 18-cv-80026-Rosenberg          page 3 of 3

discharged from the hospital and placed in the infirmary for a few weeks, and then placed in confinement. I asked why was I being placed in confinement, and I was told that inmates Walden and Byrd along with the other 4 attackers were all gang members. I met with the male hispanic inspector general who said outside charges would be brought against my attackers, that video surveillance had be recorded and saved. None of the above occurred, in fact the inspector general stated that quote "I need to learn how to navigate prison better since I have alot of time to do". In all, I suffered 4 stab wounds to my face which required both inside and outside sutures - and "shag slime", fractures in my right orbital eye socket, detached retina in my left eye which is still leaking a "milky-gel" substance in my inner eye and is still not healed. I now wear eye glasses to see. My eye requires expensive surgery to possibly correct the damage. I am still in alot of pain with my back and right wrist, which I'm on medication for. I have severe migraine headaches. I suffer from severe depression and anxiety, as well as still have nightmares of the attack. I have a great fear of people, knives, and the recreation yard, and avoid these things as much as possible.




BROWN KRIS
DOB .04/29/1975 AGE:  40   SEX: M
ADM  HCG-VATTIGUNTA LOKES  #: 50011
MR  : 000182093           PAT #:1299706

ADMIT:08/01/15
HSV: OVS



Hospital Bund
for Attack m 8/1/15

_Final Amended Complaint_     Case: 18-cv-80026-Rosenberg     1 of 1

In accordance to page 7 of "Second Order to Amend Complaint,"
#3 bullet of Kris K Brown v South Bay Correctional Facility...

_Defendant 1_
South Bay Correctional Facility (GEO Group Inc)
This defendant did not follow or have protocols that ensured my
Constitutional right under the 8th amendment and other guaranteed
constitutional rights. Defendant GEO Group Inc is being sued
for these reasons on it's official and individual capacities.
Prayer for Relief. Plaintiff prays said court awards the following:

A. Compensation for Psychological Problems/Future Problems     $300,000.00
B. Compensation for Physical Injuries     $150,000.00
C. Compensation for Pain and Suffering     $450,000.00
D. Compensation for Punitive Damages     $500,000.00
E. Compensation for Future Surgeries     $500,000.00
F. Compensation for Therapy/Future Therapy Sessions     $500,000.00
G. Compensation for Negligence     $500,000.00

The GEO Group Inc should have made sure that there were
enough officers to supervise over 800 plus inmates whom roam
freely on the recreation yard, pavillion, baseball fieldss, canteen,
track, weight room and etc. This failure was why I was
seriously injured, stabbed, and harrassed because of my sexual
orientation which led to the attack by my attackers. The Geo
Group also failed to contact 911 or the local sheriff's office and
decided to save money by transporting me by their own security
vehicle. My early discharge from the hospital was a result of
the GEO Group not wanting to pay for additional days of inpatient
stay, due to them not having a contract with the Hospital

<u>Final Amended Complaint</u>        Case: 18-cv-80026-Rosenberg      1 of 1

In accordance to page 7 of "Second Order to Amend Complaint,"
#3 bullet of Kris K Brown v. South Bay Correctional Facility...

<u>Defendant</u> A
Officer White employed by The GEO Group Inc. post is at South Bay
This defendant did not follow protocols that would have ensured
my constitutional right(s) under the 8th amendment and other
guaranteed constitutional rights were adhered to. Defendant
Officer White is being sued in both his official and individual
capacities because he failed to notify his superiors he was alone
when all 4 dorms were released. He also failed to actively
"patrol" the recreation yard to ensure mine and other inmates
safety. His engaging in various conversations with inmates created
a substantial risk for my attack on that day, causing me
preventable short term and long term injuries
Prayer for Relief. Plaintiff prays said Court awards the following:

A. Compensation for Psychological Problems/Future Problems   $300,000.00
B. Compensation for Physical Injuries                        $150,000.00
C. Compensation for Pain and Suffering                       $450,000.00
D. Compensation for Punitive Damages                         $500,000.00
E. Compensation for Future Surgeries                         $500,000.00
F. Compensation for Therapy/Future Therapy+Sessions          $500,000.00
G. Compensation for Negligence                               $500,000.00

_Final Amended Complaint_          Case: 18-cv-80026-Rosenberg          1 of 1

In accordance to page 7 of "Second Order to Amend Complaint,"
#3 bullet of Kris R Brown v. South Bay Correctional Facility...

## Defendant 3

Acting Warden on 8/1/15 employed by The GEO Group Inc acting warden
at South Bay. This defendant did not ensure that his staff/officers
were in compliance with policies and protocols. The defendant failed
to personally walk the grounds of this facility to see that adherance
was properly done according to GEO Group Inc policies, protocols,
and procedures as outlined. He failed to have workshops to see
how officers responsible for numerous freely roaming inmates
responded in escalated/emergency situations, as well as when to
contact or request for additional help during officer/staff shortages.
Prayer for Relief: Plaintiff prays said court awards the following:

A. Compensation for Psychological Problems/Future Problems     $300,000.00
B. Compensation for Physical Injuries                                        $150,000.00
C. Compensation for Pain and Suffering                                      $450,000.00
D. Compensation for Punitive Damages                                       $500,000.00
E. Compensation for Future Surgeries                                         $500,000.00
F. Compensation for Therapy/Future Therapy + Sessions             $500,000.00
G Compensation for Negligence                                                $500,000.00

Kris Brown I4U084011192
Dade Correctional Institution (Mail)
19000 SW 377th Street
Florida City FL 33034

USMS INSPECTED
By _____

Legal Mail
Received
JUN 14 2018
Dade C.I.

United States District Court
Southern District of Florida
Office of the Clerk Room 8N09
400 North Miami Avenue
Miami, FL 33128-7716

LEGAL MAIL

