UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

-------------------------------------------------- X

KRIS K. BROWN,

      *Plaintiff,*

      v.                          No. 9:18-CV-80026

THE GEO GROUP, INC., DONALD

STINE, and OSCAR WHITE,               Rosenberg/Reid

      *Defendants.*

-------------------------------------------------- X

**JOINT NOTICE OF COMPLIANCE REPORT**

**TO THE HONORABLE COURT:**

    Come now Plaintiff, Kris Brown, and Defendants, The GEO Group, Inc., Donald Stine, and Oscar White through their undersigned attorneys, and very respectfully state and pray:

1. In compliance with this Court's August 25, 2020 order, D.E. 82, Counsel for the parties have conferred and discussed the possibility of settlement. Although Defendants have not yet responded to Plaintiff's settlement demand, counsel are optimistic that a settlement can be reached during the upcoming mediation.

2. Counsel certify that they have exchanged the Rule 26 information described in the Court's order.

**WHEREFORE**, the parties ask the Court to take note of the above.

Date: September 8, 2020   Respectfully submitted,

/s/Jane Becker Whitaker
Jane Becker Whitaker, Esq.
Becker Vissepó
1225 Ponce de Leon, Suite 1102
VIG Tower
San Juan, PR 00907
Tel.787 945-2406
Tel. 787 585-3824
jbw@beckervissepo.com

/s/Stephen Binhak
Office of Stephen James Binhak, P.L.L.C.
1221 Brickell Ave., Suite 2010
Miami, Florida 33131
(305) 361-5500
(305) 428-9532 fax
binhaks@binhaklaw.com
Attorneys for Kris K. Brown

/s/Brett M. Waronicki
Brett M. Waronicki
Florida Bar No. 817511
bwaronicki@wmrfla.com
Wiederhold, Kummerlen & Waronicki, P.A.
340 Columbia Drive, Suite 111
West Palm Beach, Florida 33409
P.O. Box 3918
West Palm Beach, FL 33402
561/615-6775
561/615-7225 – Facsimile

## Certificate of Service

I hereby certify that on this 8th day of September 2020, I electronically filed the foregoing with the Clerk of this Court by using the CM/ECF system, which will notify all counsel of record.

/s/Brett M. Waronicki